IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA     :

                     :

        v.                 :        1:15CR368-1

                     :

MICHAEL SCOTT MILLER       :

The Grand Jury Charges:

COUNT ONE

On or about August 29, 2014, in the County of Cabarrus, in the Middle District of North Carolina, MICHAEL SCOTT MILLER knowingly made a materially false statement to State Employees' Credit Union, the accounts of which were then insured by the National Credit Union Administration, for the purpose of influencing the action of said bank in negotiating for cash a fraudulent and counterfeit check appearing to be drawn on the account of Red Valve Company, Inc., but actually bearing the account number of Direct General Insurance Company, in the amount of $1,052.36, and made payable to a person whose initials are M.C.T., in that MICHAEL SCOTT MILLER stated that he was M.C.T. for the purpose of cashing the check, when in truth and fact, as he then well knew, MICHAEL SCOTT MILLER was misrepresenting his true identity for the purpose of negotiating

a fraudulent cashier's check in the name of M.C.T.; in violation of Title 18, United States Code, Sections 1014 and 2.

COUNT TWO

On or about August 29, 2014, in the County of Cabarrus, in the Middle District of North Carolina, MICHAEL SCOTT MILLER, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false statement to a bank, in violation of Title 18, United States Code, Section 1014, as alleged in Count One and incorporated by reference herein, knowingly possessed and used without lawful authority a means of identification of another person, that is, the name and State Employees' Credit Union account number belonging a person whose initials are M.T.; in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

COUNT THREE

On or about September 11, 2014, in the County of Guilford, in the Middle District of North Carolina, MICHAEL SCOTT MILLER, with intent to defraud, did falsely make and counterfeit obligations of the United States, that is, approximately $95,430.00 in falsely made and counterfeited $100, $50, $20, $10, and $5 Federal Reserve Notes; in violation of Title 18, United States Code, Sections 471 and 2.

COUNT FOUR

On or about September 11, 2014, in the County of Guilford, in the Middle District of North Carolina, MICHAEL SCOTT MILLER, with intent to defraud, did keep in his possession and conceal falsely made and counterfeited obligations of the United States, that is approximately $95,430.00 in Federal Reserve Notes, which he then knew to be falsely made and counterfeited; in violation of Title 18, United States Code, Sections 472 and 2.

COUNT FIVE

On or about September 11, 2014, in the County of Guilford, in the Middle District of North Carolina, MICHAEL SCOTT MILLER did knowingly possess with intent to use unlawfully and transfer unlawfully five or more identification documents not issued lawfully to MICHAEL SCOTT MILLER, that is: a United States Passport number 45262589 in the name of an individual whose initials are M.M.P., a North Carolina driver's license number 3623435 in the name of an individual whose initials are M.W.J., a Florida driver's license number W420-170-90-185-0 in the name of an individual whose initials are D.J.W., a Florida birth certificate for an individual whose initials are D.J.W., a Social Security card number 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 in the name of an individual whose initials are M.C.T., a South Carolina birth certificate in the name of an individual whose initials are

3

A.M.S., a New York birth certificate in the name of an individual whose initials are S.A.T., and a Florida birth certificate in the name of an individual whose initials are C.J.K., which, as to the United States Passport and Social Security card, such identification documents were issued and appeared to have been issued by the United States, and the possession, transfer, and use of all of the identification documents were in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Sections 1028(a)(3) and (b)(2)(B) and 2.

COUNT SIX

On or about September 11, 2014, in the County of Guilford, in the Middle District of North Carolina, MICHAEL SCOTT MILLER, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: possession with intent to use or transfer unlawfully five or more identification documents, in violation of Title 18, United States Code, Section 1028(a)(3), as alleged in Count Five and incorporated by reference herein, knowingly possessed and used without lawful authority a means of identification of another person, that is, the name and Social Security number belonging a person whose initials are M.C.T., the name and Florida driver's license number of a person whose initials are D.J.W., and the name and

4

United States Passport number of a person whose initials are M.M.P.; in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT SEVEN

On or about September 11, 2014, in the County of Guilford, in the Middle District of North Carolina, MICHAEL SCOTT MILLER knowingly, willfully, unlawfully, and with intent to deceive, did falsely represent, for the purpose of deceiving Greensboro Police officers as to his true identity and obstructing justice, a number, to wit, 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, to be the Social Security account number assigned to him by the Commissioner of Social Security, when in truth and in fact, as he then well knew, such number was not the Social Security account number assigned to him by the Commissioner of Social Security; in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT EIGHT

On or about September 11, 2014, in the County of Guilford, in the Middle District of North Carolina, MICHAEL SCOTT MILLER, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false representation of a Social Security account number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as alleged in Count Seven and incorporated by reference herein,

5

knowingly possessed and used without lawful authority a means of
identification of another person, that is, the name and Social
Security account number belonging a person whose initials are
G.L.K.; in violation of Title 18, United States Code, Section
1028A(a)(1).

A TRUE BILL:



FOREPERSON


FRANK J. CHUT, JR.
ASSISTANT UNITED STATES ATTORNEY


RIPLEY RAND
UNITED STATES ATTORNEY

6